**STATE of Missouri, Respondent,**

v.

**Terry RICHARDSON, Appellant.**

**No. 70688.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Oct. 29, 1996.

---

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and DOWD and RHODES RUSSELL, JJ.

## *ORDER*

PER CURIAM.

Terry Richardson appeals his conviction and sentencing for distribution of a controlled substance near public housing. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 30.25(b).

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.